| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* A03-0011 CR (JWS) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | DOCKET NUMBER *(Rec. Court)* CR06-5212 FDB |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: Travis Anthony Zaffino Western District of Washington | DISTRICT DISTRICT OF ALASKA | DIVISION Anchorage |
|---|---|---|
| | NAME OF SENTENCING JUDGE Honorable John W. Sedwick Chief U.S. District Court Judge | RECEIVED APR 0 5 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 20, 2004 — TO February 19, 2007 |

**OFFENSE**

Possession of Stolen Mail, 18 U.S.C. § 1708

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF ALASKA</u>

    IT IS HEREBY ORDERED that pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the WESTERN DISTRICT OF WASHINGTON upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

10-27-05
Date

REDACTED SIGNATURE
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>WESTERN DISTRICT OF WASHINGTON</u>

    IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3/27/06
Effective Date

REDACTED SIGNATURE
United States District Judge